# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joy Hsu

                        Plaintiff,

v.                                           Case No.: 1:23−cv−01151

                                                             Honorable John Robert Blakey

Tasty Palate, Inc

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 8, 2023:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the filing of the joint stipulation of dismissal [12], this case is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to Plaintiff's Class and Representative Fair Labor Standards Act. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.